IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*************************************

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. 10-CR-139 (NAM) |
| v. | **INFORMATION** |
| KELLY FAHRENKOPF a/k/a KELLY CIRILLI | Vio: 29 U.S.C. § 501(c) |
| Defendant. | (1 Felony Count) (County of Offense: Rensselaer) |

*************************************

THE UNITED STATES ATTORNEY CHARGES THAT:

Between about 2006 and about April, 2007, in the Northern District of New York, the defendant KELLY FAHRENKOPF a/k/a KELLY CIRILLI, while an officer, that is, a vice president of CSEA, Local Union 316, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use, or use of another, the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $11,500.00 in violation of Title 29, United States Code, Section 501(c).

All in violation of Title 29, United States Code, Section 501(c).

RICHARD S. HARTUNIAN
UNITED STATES ATTORNEY
NORTHERN DISTRICT OF NEW YORK

BY: *[signature]*
RICHARD D. BELLISS
ASSISTANT U.S. ATTORNEY
BAR ROLL NO. 515295

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 20 2010
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse